IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BIONTECH SE, BIONTECH MANUFACTURING GMBH, and PFIZER INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> CUREVAC SE and CUREVAC MANUFACTURING GMBH, <br><br> Defendants/Counterclaim Plaintiffs. | C.A. No. 2:23cv222-EWH-DEM |

## CORRECTED NOTICE

Defendant-Counterclaim Plaintiff CureVac SE, by counsel, hereby provides notice that, effective September 26, 2022, CureVac AG is now named CureVac SE.[1]  Going forward, this party should be named "CureVac SE."

Additionally, Defendant-Counterclaim Plaintiff CureVac SE and Counterclaim Plaintiff CureVac Manufacturing GmbH, hereby provides notice that CureVac Manufacturing GmbH has, pursuant to Fed. R. Civ. P. 20(a)(1), joined as a plaintiff in the Counterclaim filed on May 19, 2023 (ECF No. 56).

Dated: May 19, 2023

CUREVAC SE

　　　/s/  *John M. Erbach*　　　
Dana D. McDaniel (VSB No. 25419)
John M. Erbach (VSB No. 76695)
M. F. Connell Mullins, Jr. (VSB No. 47213)
Chris W. Bascom (VSB No. 87302)

---

[1] The Notice previously filed on May 19, 2023, mistakenly cross-referenced the party names "CureVac AG" and "CureVac SE."  This Corrected Notice supersedes the previous Notice filed at ECF No. 57.

Clay S. Hester (VSB No. 93051)
SPOTTS FAIN P.C.
411 E. Franklin St., Suite 600
Richmond, VA 23219
T: (804) 297-2000
F: (804) 697-2144
E: dmcdaniel@spottsfain.com
  jerbach@spottsfain.com
  cmullins@spottsfain.com
  cbascom@spottsfain.com
  chester@spottsfain.com

Mark H. Izraelewicz (*pro hac vice to be filed*)
Kevin M. Flowers (*pro hac vice to be filed*)
John R. Labbe (*pro hac vice to be filed*)
Michael R. Weiner (*pro hac vice to be filed*)
Michael J. Allikian (*pro hac vice to be filed*)
Thomas R. Burns (*pro hac vice to be filed*)
Chelsea M. Murray (*pro hac vice to be filed*)
Izabella N. C. Higson (*pro hac vice to be filed*)
MARSHALL GERSTEIN & BORUN LLP
233 S. Wacker Dr., Suite 6300
Chicago, Illinois 60606
T: 312.474.6300
E: mizraelewicz@marshallip.com
kflowers@marshallip.com
jlabbe@marshallip.com
mweiner@marshallip.com
mallikian@marshallip.com
cmurray@marshallip.com
ihigson@marshallip.com

*Attorneys for Defendants-Counterclaimants CureVac SE and CureVac Manufacturing GmbH*