# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| BIONTECH SE, BIONTECH MANUFACTURING GMBH, and PFIZER INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> CUREVAC SE (*f/k/a* CUREVAC AG) <br><br> Defendant/Counterclaim Plaintiff, <br><br> and <br><br> CUREVAC MANUFACTURING GMBH, <br><br> Counterclaim Plaintiff, <br><br> and <br><br> ACUITAS THERAPEUTICS, INC., <br><br> Intervenor. | C.A. No. 2:23cv222-JKW-DEM <br><br> JURY TRIAL DEMANDED |

**NOTICE OF SETTLEMENT BETWEEN CUREVAC AND ACUITAS**

Pursuant to Section XVI of the Amended Scheduling Order (ECF No. 240), Defendant and Counterclaim Plaintiff CureVac SE and Counterclaim Plaintiff CureVac Manufacturing GmbH (collectively "CureVac") hereby notify the Court that all disputes between CureVac and Intervenor Acuitas Therapeutics, Inc. have been settled. As required by Section XVI of the Amended Scheduling Order, CureVac and Acuitas will file an endorsed stipulation of dismissal no later than eleven (11) days hereafter.

| | |
|---|---|
| Dated: April 25, 2024 |     /s/ *John M. Erbach*<br>Dana D. McDaniel (VSB No. 25419)<br>John M. Erbach (VSB No. 76695)<br>M. F. Connell Mullins, Jr. (VSB No. 47213)<br>Chris Bascom (VSB No. 87302)<br>Clay S. Hester (VSB No. 93051)<br>SPOTTS FAIN P.C.<br>411 E. Franklin St., Suite 600<br>Richmond, VA 23219<br>T: (804) 297-2000<br>F: (804) 697-2144<br>E: dmcdaniel@spottsfain.com<br>   jerbach@spottsfain.com<br>   cmullins@spottsfain.com<br>   cbascom@spottsfain.com<br>   chester@spottsfain.com<br><br>Mark H. Izraelewicz (admitted *pro hac vice*)<br>Kevin M. Flowers (admitted *pro hac vice*)<br>John R. Labbe (admitted *pro hac vice*)<br>Michael R. Weiner (admitted *pro hac vice*)<br>Sandip H. Patel (admitted *pro hac vice*)<br>Michael J. Allikian (admitted *pro hac vice*)<br>Thomas R. Burns (admitted *pro hac vice*)<br>Chelsea M. Murray (admitted *pro hac vice*)<br>Daniel Gonzalez (admitted *pro hac vice*)<br>Izabella N. C. Higson (admitted *pro hac vice*)<br>MARSHALL GERSTEIN & BORUN LLP<br>233 S. Wacker Dr., Suite 6300<br>Chicago, Illinois 60606<br>T: 312.474.6300<br>E: mizraelewicz@marshallip.com<br>   kflowers@marshallip.com<br>   jlabbe@marshallip.com<br>   mweiner@marshallip.com<br>   spatel@marshallip.com<br>   mallikian@marshallip.com<br>   tburns@marshallip.com<br>   cmurray@marshallip.com<br>   ihigson@marshallip.com<br>   dgonzalez@marshallip.com<br><br>*Attorneys for Defendants-Counterclaimants CureVac SE and CureVac Manufacturing GmbH* |