**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| BIONTECH SE, BIONTECH MANUFACTURING GMBH, and PFIZER INC., | ) ) ) | |
| | ) | |
| Plaintiffs/Counterclaim Defendants, | ) | C.A. No. 2:23cv222-JKW-DEM |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMAND |
| CUREVAC SE (f/k/a CUREVAC AG), | ) | |
| | ) | |
| | ) | |
| Defendant/Counterclaimant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CUREVAC MANUFACTURING GMBH, | ) | |
| | ) | |
| Counterclaimant. | ) | |

**JOINT SUPPLEMENTAL BRIEF ON THE MOTION TO REDUCE**
**THE NUMBER OF ASSERTED CLAIMS**

Plaintiffs and Counterclaim Defendants, BioNTech SE, BioNTech Manufacturing GmbH, and Pfizer Inc. (collectively, "Plaintiffs"), and Defendant and Counterclaim Plaintiff CureVac SE (*f/k/a* CureVac AG) and Counterclaim Plaintiff CureVac Manufacturing GmbH, (collectively "CureVac"), by counsel, in response to the Court's Order of May 31, 2024 (ECF No. 305), submit this Joint Supplemental Brief on the Motion to Reduce the Number of Asserted Claims (ECF No. 254):

1.     On June 5, 2024, in response to the Court's Order of May 31, 2024 (ECF No. 305), the Parties exchanged proposals to resolve the disagreements concerning the process to reduce the number of asserted claims and to thereby resolve the Motion to Reduce the Number of Asserted Claims (ECF No. 254).

2.     On June 6, 2024, the Parties met and conferred to discuss the Parties' respective proposals in an effort to reach agreement.

3.     The Parties thereafter resolved their disagreement concerning the process to reduce the number of asserted claims, and therefore the Motion to Reduce the Number of Asserted Claims, as follows:

(a) CureVac will reduce the number of claims asserted to no more than 50 (from among the 68 claims currently identified) on or before June 25, 2024; and

(b) CureVac will reduce the number of claims asserted to no more than 20 (from among the 50 claims identified on June 25, 2024) within 14 days after the close of expert discovery.

Dated:  June 11, 2024

*/s/ Stephen E. Noona*
Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

*Counsel for Plaintiffs BioNTech and Pfizer*

Bruce M. Wexler (*pro hac vice*)
Eric W. Dittmann (*pro hac vice*)
Young J. Park (*pro hac vice*)
Mi Zhou (*pro hac vice*)
Max H. Yusem (*pro hac vice*)
Michael F. Werno (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
michaelwerno@paulhastings.com

*/s/ John M. Erbach*
Dana D. McDaniel (VSB No. 25419)
John M. Erbach (VSB No. 76695)
M. F. Connell Mullins, Jr. (VSB No. 47213)
Chris Bascom (VSB No. 87302)
Clay S. Hester (VSB No. 93051)
SPOTTS FAIN P.C.
411 E. Franklin St., Suite 600
Richmond, VA 23219
T: (804) 297-2000
F: (804) 697-2144
E: dmcdaniel@spottsfain.com
    jerbach@spottsfain.com
    cmullins@spottsfain.com
    cbascom@spottsfain.com
    chester@spottsfain.com

Mark H. Izraelewicz (admitted *pro hac vice*)
Kevin M. Flowers, Ph.D. (admitted *pro hac vice*)
John R. Labbe (admitted *pro hac vice*)
Michael R. Weiner (admitted *pro hac vice*)
Sandip H. Patel (admitted *pro hac vice*)

ericdittmann@paulhastings.com
youngpark@paulhastings.com
mizhou@paulhastings.com
maxyusem@paulhastings.com
michaelwerno@paulhastings.com

*Counsel for Plaintiffs BioNTech SE and
BioNTech Manufacturing GmbH*

Dimitrios T. Drivas (*pro hac vice*)
John P. Scheibeler (*pro hac vice*)
Kevin J. Georgek (*pro hac vice*)
Samantha J. Kokonis (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
Telephone  (212) 819-8200
Facsimile:  (212) 354-8113
ddrivas@whitecase.com
jscheibeler@whitecase.com
kevin.georgek@whitecase.com
samantha.kokonis@whitecase.com

*Counsel for Plaintiff Pfizer Inc.*

Michael J. Allikian (admitted *pro hac vice*)
Thomas R. Burns (admitted *pro hac vice*)
Chelsea M. Murray (admitted *pro hac vice*)
Daniel Gonzalez (admitted *pro hac vice*)
Izabella N. C. Higson (admitted *pro hac vice*)
MARSHALL GERSTEIN & BORUN LLP
233 S. Wacker Dr., Suite 6300
Chicago, Illinois 60606
T: 312.474.6300
E: mizraelewicz@marshallip.com
   kflowers@marshallip.com
   jlabbe@marshallip.com
   mweiner@marshallip.com
   spatel@marshallip.com
   mallikian@marshallip.com
   tburns@marshallip.com
   cmurray@marshallip.com
   ihigson@marshallip.com
   dgonzalez@marshallip.com

*Counsel  for Defendant-Counterclaimants
CureVac SE and CureVac Manufacturing
GmbH*