# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| CUREVAC SE (*f/k/a* CUREVAC AG), <br><br> and <br><br> CUREVAC MANUFACTURING GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> BIONTECH SE, BIONTECH MANUFACTURING GMBH, and PFIZER INC., <br><br> Defendants. | Civil Action No. 2:23-cv-222-JKW-DEM <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF NARROWING THE CASE

Plaintiffs CureVac SE (f/k/a CureVac AG) and CureVac Manufacturing GmbH (collectively "CureVac"), by counsel, submit this Notice of Withdrawal of Induced Infringement Claim Under 35 U.S.C. § 271(b) ("Notice"). To preserve judicial economy, CureVac provides this Notice in advance of the February 11, 2025 hearing, as portions of Defendants BioNTech SE, BioNTech Manufacturing GmbH, and Pfizer Inc.'s ("Defendants") Motion for Partial Summary Judgment (ECF No. 506 at 18–30) are rendered moot by this Notice. CureVac does not concede the merits of any position taken by Defendants in this case. Accordingly, CureVac provides notice as follows:

1. At trial, CureVac will pursue its claims for indirect infringement by way of contributory infringement under 35 U.S.C. § 271(c) but will not pursue its claims for indirect infringement based on active inducement under 35 U.S.C. § 271(b).

2.  Within one business day of the Court's ruling on Defendants' Motion for Partial Summary Judgment (ECF No. 490, 506), CureVac will narrow the number of asserted claims to ten (10) claims or fewer.

WHEREFORE, CureVac provides the foregoing Notice to the Court and to Defendants.

Dated: February 5, 2025

/s/ *John M. Erbach*
Dana D. McDaniel (VSB No. 25419)
John M. Erbach (VSB No. 76695)
M. F. Connell Mullins, Jr. (VSB No. 47213)
Christopher W. Bascom (VSB No. 87302)
Clay S. Hester (VSB No. 93051)
SPOTTS FAIN P.C.
411 E. Franklin St., Suite 600
Richmond, VA 23219
T: (804) 297-2000
F: (804) 697-2144
E: dmcdaniel@spottsfain.com
  jerbach@spottsfain.com
  cmullins@spottsfain.com
  cbascom@spottsfain.com
  chester@spottsfain.com

Mark H. Izraelewicz (admitted *pro hac vice*)
Kevin M. Flowers (admitted *pro hac vice*)
John R. Labbe (admitted *pro hac vice*)
Michael R. Weiner (admitted *pro hac vice*)
Sandip H. Patel (admitted *pro hac vice*)
Michael J. Allikian (admitted *pro hac vice*)
Thomas R. Burns (admitted *pro hac vice*)
Izabella N. C. Higson (admitted *pro hac vice*)
Daniel Gonzalez (admitted *pro hac vice*)
MARSHALL GERSTEIN & BORUN LLP
233 S. Wacker Dr., Suite 6300
Chicago, Illinois 60606
T: 312.474.6300
E: mizraelewicz@marshallip.com
  kflowers@marshallip.com
  jlabbe@marshallip.com
  mweiner@marshallip.com
  spatel@marshallip.com
  mallikian@marshallip.com

2

tburns@marshallip.com
ihigson@marshallip.com
dgonzalez@marshallip.com

*Attorneys for Plaintiffs CureVac SE and CureVac Manufacturing GmbH*

3