# UNITED STATES DISTRICT COURT

*EASTERN DISTRICT OF VIRGINIA*

## NORFOLK DIVISION

Tuesday, February 11, 2025

**MINUTE OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Jamar K. Walker, U.S. DISTRICT JUDGE

Deputy Clerk: B. Peters                    Reporter: Carol Naughton, OCR

| Set: 11:00 a.m. | Started: 11:00 a.m. | Ended: 2:00 p.m. |
|---|---|---|

| Case No. 2:23-cv-222 |
|---|
| **CureVac SE,** *et al.* |
| v. |
| **BioNTech SE,** *et al.* |
|  |
| Mark Izraelewicz, Kevin Flowers, John Erbach, John Labbe, Izabela Higson appeared on behalf of Plaintiffs. |
| Eric Dittman, Zachery Haad, John Scheibeler, Stephen Noona, Scott Peachman appeared on behalf of Defendants. |
|  |
| Matter came on for hearing re [ECF 490] Motion for Partial Summary Judgment. |
|  |
| Comments of the Court, arguments of counsel re the '312 patent. |
| Comments of the Court, arguments of counsel re the Poly(A) patents. |
| Comments of the Court, arguments of counsel re the '686 patent. |
| Parties directed to order the transcript of this hearing. |
| Court to issue a short order, to be followed later by a memorandum opinion. |
| Court scheduled a hearing on 2/18/25 at 9:30a to address certain Motions in Limine ahead of the final pretrial conference. |
|  |
| Court adjourned. |
|  |
|  |
|  |
|  |
|  |