IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CUREVAC SE, *et al.* <br><br> Plaintiffs <br><br> v. <br><br> BIONTECH SE, *et al.*, <br><br> Defendants | Case No. 2:23-cv-222 |

## ORDER

This matter is before the Court on the defendants' Motion for Partial Summary Judgment. ECF No. 490. The motion is **DENIED** as to invalidity of the '312 patent, contributory infringement of the poly(A) patents, and an implied covenant not to sue on Claims 12 and 14 of the '686 patent. The motion is **DENIED AS MOOT** as to provisional rights–based damages for the '312 patent and induced infringement of the poly(A) patents. A memorandum opinion explaining the Court's reasoning will follow this Order.

**IT IS SO ORDERED.**

/s/
Jamar K. Walker
United States District Judge

Norfolk, Virginia
February 14, 2025