IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CUREVAC SE, *et al.* <br><br> Plaintiffs <br><br> v. <br><br> BIONTECH SE, *et al.*, <br><br> Defendants | Case No. 2:23-cv-222 |

## ORDER

This matter is before the Court on its own initiative.

The jury trial scheduled to begin on March 10, 2025, is **CONTINUED** to begin on September 8, 2025.

The bench trial scheduled for April 15, 2025, is **VACATED.**

**IT IS SO ORDERED.**

/s/ 
Jamar K. Walker
United States District Judge

Norfolk, Virginia
March 6, 2025